Sheri M. Thome, Esq.
Nevada Bar No. 008657
James V. Lovett, Esq.
Nevada Bar No. 016103
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Defendants*
*Eric Dobberstein and Eric Dobberstein, PLLC*
*d/b/a Dobberstein Law Group*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALPHA ENERGY AND ELECTRIC INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIC DOBBERSTEIN and ERIC DOBBERSTEIN, PLLC d/b/a DOBBERSTEIN LAW GROUP, <br><br> Defendants. | Case No.  2:24-cv-02052-APG-NJK <br><br> **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |

  Defendants Eric Dobberstein and Eric Dobberstein, PLLC d/b/a Dobberstein Law Group ("Defendants") and Plaintiff Alpha Energy and Electric, Inc. ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint, allowing Defendants to file a responsive pleading up to and including January 15, 2025.

  This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension because the firm defendant has been served and the individual defendant is now allowing counsel to accept service on his behalf. Defendants would like to respond to Plaintiff's Complaint at the same time and therefore seek an extension of time until January 15, 2025 to respond.

306305083v.1

1  Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for extension of these deadlines.

DATED this 30th day of December, 2024.

>      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
>
>      By:  /s/ James V. Lovett, Esq.
>      Sheri M. Thome, Esq.
>      Nevada Bar No. 008657
>      James V. Lovett, Esq.
>      Nevada Bar No. 016103
>      6689 Las Vegas Blvd. South, Suite 200
>      Las Vegas, Nevada 89119
>      Telephone: 702.727.1400
>      Facsimile: 702.727.1401
>      *Attorneys for Defendants*
>      *Eric Dobberstein and Eric Dobberstein,*
>      *PLLC d/b/a Dobberstein Law Group*

DATED this 30th day of December, 2024.

>      KRIGEL NUGENT & MOORE, P.C.
>
>      By:  /s/ S.J. Moore, Esq.
>      Stephen J. Moore, Esq.
>      (Admitted Pro Hac Vice)
>      4520 Main, Suite 700
>      Kansas City, MO 64111
>      Telephone: 816-756-5800
>      Facsimile: 816-756-1999
>      Email: sjmoore@knmlaw.com
>
>      Charles R. Kozak, Esq.
>      KOZAK & ASSOCIATES, LLC
>      3100 Mill Street, Suite 115
>      Reno, NV 89502
>      Telephone: 775-322-1239
>      Facsimile: 775-800-1767
>      Email: chuck@kozakfirm.com
>      *Attorneys for Plaintiff*
>      *Alpha Energy and Electric, Inc.*

IT IS SO ORDERED.
Dated: December 31, 2024

Nancy J. Koppe
United States Magistrate Judge

306305083v.1