1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Shawn A. Mangano, Esq.
   Nevada Bar No. 006730
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
5  Telephone: 702.727.1400
   Facsimile: 702.727.1401
6  Email: Sheri.Thome@wilsonelser.com
   Email: Shawn.Mangano@wilsonelser.com
7  *Attorneys for Defendants*
   *Eric Dobberstein and Eric Dobberstein, PLLC*
8  *d/b/a Dobberstein Law Group*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ALPHA ENERGY AND ELECTRIC INC., | Case No. 2:24-cv-02052-APG-NJK |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL** |
| ERIC DOBBERSTEIN and ERIC DOBBERSTEIN, PLLC d/b/a DOBBERSTEIN LAW GROUP, | |
| Defendants. | |

Defendants Eric Dobberstein and Eric Dobberstein, PLLC d/b/a Dobberstein Law Group (collectively referred to as "Defendants"), by and through their attorneys of record, Sheri M. Thome, Esq. and Shawn A. Mangano, Esq., of the law offices of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and pursuant to Local Rule IA 11-6, hereby respectfully moves this Court for an Order removing attorney James V. Lovett, Nevada Bar No. 16103, former email address James.Lovett@wilsonelser.com, from the electronic service list in this matter.

///

///

///

///

///

314314902v.1

James V. Lovett, Esq. is no longer with Wilson, Elser, Moskowitz, Edelman & Dicker LLP. Mr. Lovett's removal from the e-service list will not delay these proceedings as Wilson, Elser, Moskowitz, Edelman & Dicker LLP will remain as counsel of record for Defendants in this matter.

DATED this 5th day of June, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sheri M. Thome
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Shawn A. Mangano, Esq.
Nevada Bar No. 006730
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants*
*Eric Dobberstein and Eric Dobberstein, PLLC d/b/a Dobberstein Law Group*

IT IS SO ORDERED.
Dated: June 6, 2025

Nancy J. Koppe
United States Magistrate Judge

-2-

314314902v.1