Stephen J. Moore (*Pro Hac Vice*)
KRIGEL NUGENT + MOORE, P.C.
4520 Main, Suite 700
Kansas City, MO 64111
Telephone: 816.756.5800
Facsimile: 816.756.1999
sjmoore@knmlaw.com

Charles R. Kozak (SBN 11179)
KOZAK & ASSOCIATES, LLC
3100 Mill Street, Suite 115
Reno, Nevada 89502
Telephone: 775.322.1239
Facsimile: 775.800.1767
chuck@kozaklawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALPHA ENERGY AND ELECTRIC INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIC DOBBERSTEIN and <br> ERIC DOBBERSTEIN, PLLC <br> d/b/a DOBBERSTEIN LAW GROUP, <br><br> Defendants. | Case No. 2:24-cv-02052-APG-NJK <br><br> **STIPULATION TO EXTEND DEADLINES FOR SUMMARY JUDGMENT BRIEFING** <br><br> **(FIRST REQUEST)** |

Plaintiff Alpha Energy and Electric Inc. and Defendants Eric Dobberstein and Eric Dobberstein, PLLC d/b/a Dobberstein Law Group jointly submit this Stipulation to Extend Deadlines for Summary Judgment Briefing in accordance with LR IA 6-1. Defendants filed their Motion for Summary Judgment on August 29, 2025. Plaintiff's response to that motion is due on or before September 19, 2025, with Defendant's reply due 14 days after the response is filed. *See* LR 7-2(b).

1

By this Stipulation, the parties request to extend the deadlines for the summary briefing as follows:

- Plaintiff's response will be due on or before **October 10, 2025**;
- Defendant's reply will be due on or before **November 7, 2025**.

This is the parties' first request to extend these deadlines, and good cause exists to extend the briefing deadlines. Counsel for Plaintiff is prevented from meeting the original response deadline by the press of other business, including multiple depositions in the first three weeks of September that were previously scheduled; preparation for, and attendance at, oral argument in an appeal before the 11th Circuit Court of Appeals on September 18, 2025; and preparation of extensive pre-trial filings in a heavily litigated matter with an upcoming pretrial conference. The requested extension of the response deadline is necessary to permit Plaintiff's counsel sufficient time to fully assess and respond to Defendants' voluminous Motion for Summary Judgment. This requested extension of Plaintiff's response deadline also necessitates the extension of Defendant's reply deadline to account for certain conflicts on defense counsel's calendar and to permit defense counsel sufficient time to assess the response and prepare the reply.

This stipulation is not submitted for any improper purpose and the requested briefing extensions will not unreasonably delay the progress of the case or impact any other case deadlines. Thus, the parties respectfully submit that the Court should grant this stipulation to extend the summary judgment briefing deadlines as requested.

Dated: September 17, 2025

| | |
|---|---|
| **KRIGEL NUGENT + MOORE, P.C.** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| By:  /s/ Stephen J. Moore  <br> Stephen J. Moore  *Pro Hac Vice* <br> 4520 Main Street, Suite 700 <br> Kansas City, Missouri 64111 <br> Telephone: 816.756.5800 <br> Facsimile:  816.756.1999 <br> sjmoore@knmlaw.com <br><br> *Counsel for Plaintiff* | By:  /s/ Shawn A. Mangano  <br> Sheri M. Thome <br> Nev. Bar #008657 <br> Shawn A. Mangano <br> Nev. Bar #006730 <br> 6689 Las Vegas Blvd. South, Ste. 200 <br> Las Vegas, Nevada 89119 <br> Telephone: 702.727.1400 <br> Facsimile:  702.727.1401 <br> sheri.thome@wilsonelser.com <br> shawn.mangano@wilsonelser.com <br><br> *Counsel for Defendants* |

**IT IS SO ORDERED.**

Dated this 18th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE