1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Shawn A. Mangano, Esq.
   Nevada Bar No. 006730
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
5  Telephone: 702.727.1400
   Facsimile: 702.727.1401
6  Email: Sheri.Thome@wilsonelser.com
   Email: Shawn.Managano@wilsonelser.com
7  *Attorneys for Defendants*
   *Eric Dobberstein and Eric Dobberstein, PLLC*
8  *d/b/a Dobberstein Law Group*

9

                      **UNITED STATES DISTRICT COURT**
10
                           **DISTRICT OF NEVADA**
11

12  | ALPHA ENERGY AND ELECTRIC INC., | Case No.  2:24-cv-02052-APG-NJK |
    |---|---|
    | Plaintiff, | |
    | v. | **STIPULATION AND ORDER TO EXTEND DEADLINES FOR SUMMARY JUDGMENT BRIEFING** |
    | ERIC DOBBERSTEIN and ERIC DOBBERSTEIN, PLLC d/b/a DOBBERSTEIN LAW GROUP, | **(SECOND REQUEST)** |
    | Defendants. | |

18      Plaintiff Alpha Energy and Electric, Inc. ("Plaintiff") and Defendants Eric Dobberstein and

19  Eric Dobberstein, PLLC d/b/a Dobberstein Law Group (collectively referred to as "Defendants"),

20  by and through their undersigned counsel of record, hereby submit the following Stipulation to

21  Extend Deadlines for Summary Judgment Briefing in accordance with LR IA 6-1.

22      Defendants filed their Motion for Summary Judgment on August 29, 2025. (ECF No. 35).

23  Plaintiff filed its opposition to Defendants' Motion for Summary Judgment on October 10, 2025.

24  (ECF No. 38). Pursuant to the Stipulation to Extend Deadlines for Summary Judgment Briefing

25  (First Request) entered on September 18, 2025 (ECF No. 37), Defendants' reply brief in support of

26  their Motion for Summary Judgment is due on or before November 7, 2025.

27      Through this Stipulation and Order, Defendants request a one-week extension of time, until

28  to file their reply brief in support of the Motion for Summary Judgment as follows:

323692187v.1

1    • Defendants' reply will be due on or before **November 14, 2025**

2    This is the parties' second request to extend the summary judgment briefing deadlines.

3  Counsel for Defendants is unable to meet the originally set deadline for filing Defendants' reply

4  brief in support of their Motion for Summary Judgment due to other pressing business matters,

5  which includes the multiple substantive filing on or just prior to November 7, 2025. The requested

6  extension of time is necessary to properly assess and respond to the issues raised in Plaintiff's

7  opposition to Defendants' Motion for Summary Judgment. (ECF No. 38).

8    This Stipulation and Order is not submitted for any improper purpose and the requested

9  extension of time will not unreasonably delay the progress of the case or impact any other case

10  deadlines.

11    **IT IS SO STIPULATED.**

12  DATED this 5th day of November, 2025.          DATED this 5th day of November, 2025.

13  WILSON, ELSER, MOSKOWITZ, EDELMAN      KRIGEL NUGENT & MOORE, P.C.
    & DICKER LLP

14

15  By:    */s/Shawn A. Mangano*                By:    */s/Stephen J. Moore*
         Sheri M. Thome, Esq.                        Stephen J. Moore, Esq.
16       Nevada Bar No. 008657                       (Admitted Pro Hac Vice)
         Shawn A. Mangano, Esq.                      4520 Main, Suite 700
17       Nevada Bar No. 006730                       Kansas City, MO 64111
         6689 Las Vegas Blvd. South, Suite 200       Telephone: 816-756-5800
18       Las Vegas, Nevada 89119                     Facsimile: 816-756-1999
         Telephone: 702-727-1400                     Email: sjmoore@knmlaw.com
19       Facsimile: 702-727-1401                     *Attorneys for Plaintiff*
         Sheri.Thome@wilsonelser.com                 *Alpha Energy and Electric, Inc.*
20       Shawn.Mangano@wilsonelser.com
         *Attorneys for Defendants*
21       *Eric Dobberstein and Eric Dobberstein,*
         *PLLC d/b/a Dobberstein Law Group*
22

23

24  **IT IS SO ORDERED.**

25  Dated this 6th day of November, 2025

26    _____
    ANDREW P. GORDON
27    CHIEF UNITED STATES DISTRICT JUDGE

28

-2-

323692187v.1