Stephen J. Moore (*Pro Hac Vice*)
KRIGEL NUGENT + MOORE, P.C.
4520 Main, Suite 700
Kansas City, MO 64111
Telephone:  816.756.5800
Facsimile:   816.756.1999
sjmoore@knmlaw.com

Charles R. Kozak (SBN 11179)
KOZAK & ASSOCIATES, LLC
3100 Mill Street, Suite 115
Reno, Nevada 89502
Telephone:  775.322.1239
Facsimile:   775.800.1767
chuck@kozaklawfirm.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **ALPHA ENERGY AND ELECTRIC INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ERIC DOBBERSTEIN and ERIC DOBBERSTEIN, PLLC d/b/a DOBBERSTEIN LAW GROUP,**<br><br>**Defendants.** | **Case No. 2:24-cv-02052-APG-NJK**<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE IN TO MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**(FIRST REQUEST)** |

Plaintiff Alpha Energy and Electric Inc. submits this Stipulation to Extend Deadline for Plaintiff to File Response to Motion for Attorneys' Fees and Costs in accordance with LR IA 6-1. Defendants filed their Motion for Attorneys' Fees and Costs (Doc. #47) on April 7, 2021. Plaintiff's response to that motion is due on or before April 21, 2021. Counsel for Plaintiff is presently engaged in time-sensitive matters in other cases that will prevent him from meeting this deadline, including preliminary injunction practice in one case, pending summary judgment deadlines in another case, and four scheduled

1

depositions next week in a third case. Counsel for Plaintiff respectfully submits that the press of other business constitutes good cause for a short extension of the response deadline on the motion in this case through May 8, 2026. In accordance with LR IA 6-1, the parties hereby stipulate to an extension of time until **May 8, 2026**, for Plaintiff to file its response to Defendants' Motion for Attorneys' Fees and Costs.

Dated: April 15, 2026

**KRIGEL NUGENT + MOORE, P.C.**

By: _/s/ Stephen J. Moore_
    Stephen J. Moore  *Pro Hac Vice*
    4520 Main Street, Suite 700
    Kansas City, Missouri 64111
    Telephone: 816.756.5800
    Facsimile:  816.756.1999
    sjmoore@knmlaw.com

*Counsel for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _/s/ Shawn A. Mangano_
    Sheri M. Thome
    Nev. Bar #008657
    Shawn A. Mangano
    Nev. Bar #006730
    6689 Las Vegas Blvd. South, Ste. 200
    Las Vegas, Nevada 89119
    Telephone: 702.727.1400
    Facsimile:  702.727.1401
    sheri.thome@wilsonelser.com
    shawn.mangano@wilsonelser.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated this 17th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE