Sheri M. Thome, Esq.
Nevada Bar No. 8657
Shawn A. Mangano, Esq.
Nevada Bar No. 6730
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Shawn.Mangano@wilsonseler.com
*Attorneys for Defendants*
*Eric Dobberstein and Eric Dobberstein, PLLC*
*d/b/a Dobberstein Law Group*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALPHA ENERGY AND ELECTRIC INC., | Case No.  2:24-cv-02052-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS** |
| ERIC DOBBERSTEIN and ERIC DOBBERSTEIN, PLLC d/b/a DOBBERSTEIN LAW GROUP, | |
| | **(FIRST REQUEST)** |
| Defendants. | |

Defendants ERIC DOBBERSTEIN AND ERIC DOBBERSTEIN, PLLC d/b/a DOBBERSTEIN LAW GROUP (collectively referred to as "Defendants"), by and through their attorneys of record, SHERI M. THOME, ESQ. and SHAWN A. MANGANO, ESQ. and of the law offices of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, submits this Stipulation and Order to Extend Deadline for Defendants to File Reply in Support of Motion for Attorneys' Fees and Costs [ECF No. 47] in accordance with LR IA 6-1.

On April 7, 2026, Defendants filed their Motion for Attorneys' Fees and Costs [*Id.*]. On May 8, 2026, Plaintiff Alpha Energy and Electric Inc. filed its Response in Opposition to Defendants' Motion for Attorneys' Fees and Costs [ECF No. 54]. Defendants' reply in support of their Motion for Attorneys' Fees and Costs is due on or before May 15, 2026.

306301880v.1

Counsel for Defendants is required to conduct the court ordered deposition of a primary defendant in a pending state court venued trademark dispute, attend two state court hearings, and prepare a substantive opposition to a recently filed discovery motion in the trademark dispute, all of which are scheduled to take place during the week of May 15, 2026. These pressing matters prevent Defendants' counsel from properly analyzing and preparing a reply in support of the Motion for Attorneys' Fees and Costs. Defendants' counsel submits that these circumstances constitute good cause for a short extension of time to prepare a reply in support of the Motion for Attorneys' Fees and Costs up to and including May 29, 2026. In accordance with LR IA 6-1, the parties hereby stipulate to an extension of time until **May 29, 2026**, for Defendants to file their reply in support of the Motion for Attorneys' Fees and Costs.

Dated: May 12, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By:  */s/Shawn A. Mangano*

Sheri M. Thome, Esq.
Nevada Bar No. 8657
Shawn A. Mangano, Esq.
Nevada Bar No. 6730
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
*Attorneys for Defendants*

**KRIGEL NUGENT + MOORE, P.C.**

By:  */s/Stephen J. Moore*

Stephen J. Moore, *Pro Hac Vice*
4250 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: 816.756.5800
Facsimile:  816.756.1999
sjmoore@knmlaw.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this __13th__ day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

-2-